RUDIKH & ASSOCIATES
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtor (s)

_____

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

Anil B. Sathwara and Sangita Sathwara        Case No.:  **20-13594-MBK**

              Debtor (s)

**ORDER**

_____

### ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 26, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:         ANIL B. SATHWARA AND SANGITA SATHWARA
Case No.:        **20-13594**
Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

_____

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtors, Anil B. Sathwara and Sangita Sathwara, for an Order Extending the Automatic Stay as to All Creditors, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The automatic stay is hereby extended as to all creditors; and

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.