RUDIKH & ASSOCIATES
223 Route 18 South
Suite 204
East Brunswick, New Jersey 08816
(732) 659-6961
Attorney for Debtor (s)

_____

**Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

IN RE:

Anil B. Sathwara and Sangita Sathwara    Case No.: **20-13594-MBK**

Debtor (s)

**ORDER**

_____

**ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: March 26, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors:          ANIL B. SATHWARA AND SANGITA SATHWARA
Case No.:         **20-13594**
Caption of Order: ORDER EXTENDING THE AUTOMATIC STAY AS TO ALL CREDITORS

---

Upon the Motion of Yan Rudikh, Esq., attorney for the Debtors, Anil B. Sathwara and Sangita Sathwara, for an Order Extending the Automatic Stay as to All Creditors, and for good and sufficient cause shown,

It is hereby Ordered as follows:

1. The automatic stay is hereby extended as to all creditors; and

2. Debtor's counsel shall serve this Order on the Trustee and any other party who entered an appearance on the Motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-13594-MBK
Anil B. Sathwara                                                        Chapter 13
Sangita A Sathwara
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Mar 27, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
db/jdb         +Anil B. Sathwara,   Sangita A Sathwara,   6 Whitehall Ave,   Edison, NJ 08820-2622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joseph   Casello    on behalf of Creditor Ritesh  Tolia jcasello@cvclaw.net,   jcasello627@gmail.com
              Rebecca K. McDowell    on behalf of Plaintiff    Parke Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Creditor    Parke Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov   Rudikh    on behalf of Joint Debtor Sangita A Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov   Rudikh    on behalf of Debtor Anil B. Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                               TOTAL: 8