UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
SALDUTTI LAW GROUP
Rebecca K. McDowell, Esquire – RM3223
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor PARKE BANK

Order Filed on April 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANIL B. SATHWARA and
SANGITA SATHWARA,

              Debtors.

Case No.:   20-13594-MBK

Chapter:    13

Hrg Date:   April 8, 2020 at 9:00AM

Judge:      Hon. Michael B. Kaplan

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND PROSPECTIVE RELIEF

The relief set forth on the following page is hereby ORDERED.

**DATED: April 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Anil B. Sathwara and Sangita Sathwara
Case No. 20-13594-MBK
Caption of Order: Consent Order Resolving Motion for Relief from Stay and Prospective Relief

This matter having come before the Court upon the Motion of PARKE BANK ("Parke") for relief from the automatic stay and for prospective relief ("Motion"); and Debtors Anil B. Sathwara And Sangita Sathwara ("Debtors") having proposed to resolve the Motion and Parke having agreed to resolution; now therefore;

It is hereby ORDERED as follows:

1. Debtors shall remit Ten Thousand Dollars ($10,000.00) to Parke, via cashier's check payable to Parke Bank, within seven (7) days of the entry of this Order by the Court, to be delivered to Parke Bank, c/o James S. Talarico, 601 Delsea Dr., Sewell, New Jersey 08080.

2. Thereafter, Debtors shall remit Five Thousand Dollars ($5,000.00) per month to Parke, via Cashier's check payable to Parke Bank, due on the first day of every month beginning May 1, 2020, to be delivered to Parke Bank, c/o James S. Talarico, 601 Delsea Dr., Sewell, New Jersey 08080.

3. If Debtors default on the initial $10,000 payment or on any subsequent $5,000 payment, Parke may file a Certification of Default as set forth in the Local Rules.

4. Should Debtors fail to cure the default within fourteen (14) days after the filing of Certification of Default, then Parke shall submit an Order to the Court granting Parke relief from stay **and prospective relief**, which this Court shall enter with no further action by Parke.

5. Should the case be dismissed at any time and for any reason, <u>then Parke Bank shall, by virtue of this Order, have prospective relief from the stay and from any co-debtor</u>

stay, such that the automatic stay in any future bankruptcy cases filed by Debtors, either together or separately, within two (2) years after the dismissal shall not apply to Parke, and Parke may proceed with its applicable state law remedies regardless of such filing.

| /s/ Rebecca K. McDowell | /s/ |
|---|---|
| Rebecca K. McDowell, Esq. | Yakov Rudikh, Esq. |
| Saldutti Law Group | Rudikh & Associates |
| 800 Kings Highway North, Suite 300 | 223 NJ-18, Suite 204 |
| Cherry Hill, NJ 08034 | East Brunswick, NJ 08816 |
| (856) 324-5014 | (732) 659-6961 |
| rmcdowell@slgcollect.com | rudikhlawgroup@gmail.com |
| Counsel for PARKE BANK | Counsel for the Debtors |