| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>800 Kings Highway North, Suite 300<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Creditor PARKE BANK | |
| In Re:<br><br>ANIL B. SATHWARA and<br>SANGITA SATHWARA,<br><br>                    Debtors. | Case No.:  20-13594-MBK<br><br>Chapter:  13<br><br>Hrg Date:  April 8, 2020 at 9:00AM<br><br>Judge:  Hon. Michael B. Kaplan |

**Order Filed on April 16, 2020**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND PROSPECTIVE RELIEF

The relief set forth on the following page is hereby ORDERED.

**DATED: April 16, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtors: Anil B. Sathwara and Sangita Sathwara
Case No. 20-13594-MBK
Caption of Order: Consent Order Resolving Motion for Relief from Stay and Prospective Relief

This matter having come before the Court upon the Motion of PARKE BANK ("Parke") for relief from the automatic stay and for prospective relief ("Motion"); and Debtors Anil B. Sathwara And Sangita Sathwara ("Debtors") having proposed to resolve the Motion and Parke having agreed to resolution; now therefore;

It is hereby ORDERED as follows:

1. Debtors shall remit Ten Thousand Dollars ($10,000.00) to Parke, via cashier's check payable to Parke Bank, within seven (7) days of the entry of this Order by the Court, to be delivered to Parke Bank, c/o James S. Talarico, 601 Delsea Dr., Sewell, New Jersey 08080.

2. Thereafter, Debtors shall remit Five Thousand Dollars ($5,000.00) per month to Parke, via Cashier's check payable to Parke Bank, due on the first day of every month beginning May 1, 2020, to be delivered to Parke Bank, c/o James S. Talarico, 601 Delsea Dr., Sewell, New Jersey 08080.

3. If Debtors default on the initial $10,000 payment or on any subsequent $5,000 payment, Parke may file a Certification of Default as set forth in the Local Rules.

4. Should Debtors fail to cure the default within fourteen (14) days after the filing of Certification of Default, then Parke shall submit an Order to the Court granting Parke relief from stay **and prospective relief**, which this Court shall enter with no further action by Parke.

5. Should the case be dismissed at any time and for any reason, then Parke Bank shall, by virtue of this Order, have prospective relief from the stay and from any co-debtor

stay, such that the automatic stay in any future bankruptcy cases filed by Debtors, either together or separately, within two (2) years after the dismissal shall not apply to Parke, and Parke may proceed with its applicable state law remedies regardless of such filing.

| /s/ Rebecca K. McDowell | /s/ |
|---|---|
| Rebecca K. McDowell, Esq. | Yakov Rudikh, Esq. |
| Saldutti Law Group | Rudikh & Associates |
| 800 Kings Highway North, Suite 300 | 223 NJ-18, Suite 204 |
| Cherry Hill, NJ 08034 | East Brunswick, NJ 08816 |
| (856) 324-5014 | (732) 659-6961 |
| rmcdowell@slgcollect.com | rudikhlawgroup@gmail.com |
| Counsel for PARKE BANK | Counsel for the Debtors |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-13594-MBK
Anil B. Sathwara                                                          Chapter 13
Sangita A Sathwara
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 16, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         +Anil B. Sathwara,   Sangita A Sathwara,   6 Whitehall Ave,   Edison, NJ 08820-2622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joseph   Casello    on behalf of Creditor Ritesh  Tolia jcasello@cvclaw.net,   jcasello627@gmail.com
              Rebecca K. McDowell    on behalf of Plaintiff   Parke Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Creditor   Parke Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov   Rudikh    on behalf of Joint Debtor Sangita A Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov   Rudikh    on behalf of Debtor Anil B. Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 8