Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−13594−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anil B. Sathwara
6 Whitehall Ave
Edison, NJ 08820

Sangita A Sathwara
6 Whitehall Ave
Edison, NJ 08820

Social Security No.:
  xxx−xx−3406                                         xxx−xx−6259

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on June 17, 2020.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 17, 2020
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 20-13594-MBK
Anil B. Sathwara                                                        Chapter 13
Sangita A Sathwara
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 17, 2020
                              Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db/jdb         +Anil B. Sathwara,    Sangita A Sathwara,    6 Whitehall Ave,    Edison, NJ 08820-2622
cr             +Parke Bank,    Saldutti Law Group,    800 N. Kings Highway, Suite 800,
                 Cherry Hill, NJ 08034-1511
cr             +Ritesh Tolia,    4 Jayhawk Way,    Holmdel, NJ 07733-1243
518778427      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518743758      +Gloucester County Law Division,    1 North Broad St,    Woodbury, NJ 08096-4602
518743763      +Middlesex County Chancery Division,    P.O. Box 971,    Trenton, NJ 08625-0971
518743764      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518743765      +Parke Bank,    PO Box 40,    Sewell, NJ 08080-0040
518743766      +Ritesh & Indu Tolia,    4 Jayhawk Way,    Holmdel, NJ 07733-1243
518743767      +Saldutti Law Group,    800 N. Kings Highway Suite 300,    Cherry Hill, NJ 08034-1511
518743768      +Sears/cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
518743769      +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
518806306      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518771606      +SunTrust Bank now Truist Bank,    Attn: Support Services,    PO Box 85092,
                 Richmond, VA 23285-5092
518821607       U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,    PO Box 108,
                 Saint Louis MO 63166-0108

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2020 23:06:18     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2020 23:06:17     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518743759       EDI: HNDA.COM Jun 18 2020 02:48:00     Honda Financial Services,    2080 Cabot Blvd W,
                 Langhorne, PA 19047
518748493       EDI: HNDA.COM Jun 18 2020 02:48:00     American Honda Finance Corporation,
                 National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088
518782440       EDI: BECKLEE.COM Jun 18 2020 02:48:00     American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
518743754       EDI: BANKAMER.COM Jun 18 2020 02:48:00     Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
518743755      +EDI: CAPITALONE.COM Jun 18 2020 02:48:00     Capital One,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
518757800      +EDI: AIS.COM Jun 18 2020 02:48:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518743756      +EDI: CHRM.COM Jun 18 2020 02:48:00     Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
518743761       EDI: IRS.COM Jun 18 2020 02:48:00     Internal Revenue Service,    44 South Clinton Ave.,
                 Trenton, NJ 08601
518748998       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 17 2020 23:09:48     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518805151       EDI: PRA.COM Jun 18 2020 02:48:00     Portfolio Recovery Associates, LLC,    c/o Sears,
                 POB 41067,   Norfolk VA 23541
518743770      +EDI: STF1.COM Jun 18 2020 02:48:00     Suntrust Bank,    Po Box 85526,   Richmond, VA 23285-5526
                                                                                                TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518743757       Elan Financial Services
518782441*      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518743762*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
518743760*     +Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jun 17, 2020
                              Form ID: 148             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joseph  Casello    on behalf of Creditor Ritesh  Tolia jcasello@cvclaw.net,  jcasello627@gmail.com
              Rebecca K. McDowell    on behalf of Creditor    Parke Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Plaintiff    Parke Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Defendant Sangita  Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov   Rudikh    on behalf of Joint Debtor Sangita A Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov   Rudikh    on behalf of Debtor Anil B. Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov   Rudikh    on behalf of Defendant Anil B. Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                             TOTAL: 10
```