| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| |
| Albert Russo |
| CN 4853 |
| Trenton, NJ  08650 |
| (609) 587-6888 |
| Standing Chapter 13 Trustee |

Order Filed on June 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In re: |
| --- |
| |
| Anil B. Sathwara |
| Sangita A Sathwara |
| |
| Debtor(s) |

Case No.: 20-13594 / MBK

Chapter: 13

Hearing Date: 06/16/2020

Judge:  Michael B. Kaplan

# CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: June 17, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtors' case is dismissed for:

- failure to file a Modified Plan
- lack of prosecution
- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

The Chapter 13 Standing Trustee may pay the balance of the standard attorney fees to the debtors' counsel in the amount of $3,550.00 from available funds on hand received prior to dismissal.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtors' plan shall be disbursed to the debtors, less any applicable trustee fees and commissions, payments ordered for attorney fees, or any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                          Case No. 20-13594-MBK
Anil B. Sathwara                                                Chapter 13
Sangita A Sathwara
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jun 17, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2020.
db/jdb          +Anil B. Sathwara,    Sangita A Sathwara,    6 Whitehall Ave,    Edison, NJ 08820-2622

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Joseph  Casello    on behalf of Creditor Ritesh  Tolia jcasello@cvclaw.net,   jcasello627@gmail.com
              Rebecca K. McDowell    on behalf of Plaintiff    Parke Bank rmcdowell@slgcollect.com
              Rebecca K. McDowell    on behalf of Creditor    Parke Bank rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Yakov  Rudikh    on behalf of Defendant Anil B. Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov  Rudikh    on behalf of Defendant Sangita  Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov  Rudikh    on behalf of Joint Debtor Sangita A Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
              Yakov  Rudikh    on behalf of Debtor Anil B. Sathwara rudikhlawgroup@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                               TOTAL: 10